AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RICHARD JAMES N.,

May 03, 2024

SEAN F. MCAVOY, CLERK

|  | ) |
| *Plaintiff* | ) |
| v. | ) |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | ) |
|  | ) |

Civil Action No.   2:23-cv-00362-LRS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Defendant's Stipulated Motion for Remand, ECF No. 11, is GRANTED.
This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Plaintiff's Opening Brief, ECF No. 10, is VACATED as moot.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Lonny R. Suko _____ on a
Stipulated Motion for Remand.

Date:  5/3/2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Lee Reams _____
*(By) Deputy Clerk*

Lee Reams _____